**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
RRPIX, INC.,

                          Plaintiff,                 **23-CV-05491 (PAC) (VF)**

        -against-                           **ORDER**

VICTORIA A. INT'L LLC and DOES 1-10,

                          Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       On September 15, 2023, the Clerk of Court issued a Certificate of Default as to

Defendant Victoria A. Int'l LLC ("Defendant"). ECF No. 11. On February 16, 2024, Defendant

filed an answer to the Complaint. ECF No. 14. Because a Certificate of Default was entered prior

to Defendant's answer, Defendant must first establish "good cause" for the Court to set aside the

entry of default. See Fed. R. Civ. P. 55(c) ("The court may set aside an entry of default for good

cause."). Defendant is directed to file a motion to vacate the Certificate of Default by **March 15,**

**2024**.

       **SO ORDERED.**

DATED:     New York, New York
             February 27, 2024

                                          _____
                                          VALERIE FIGUEREDO
                                          United States Magistrate Judge