UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RRPIX, INC.,

                          Plaintiff,                    **23-CV-05491 (AT) (VF)**

          -against-                                **ORDER**

VICTORIA A. INT'L LLC and DOES 1-10,

                          Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to file a joint status update regarding the progress of discovery by **March 3, 2025**.

      **SO ORDERED.**

DATED:    New York, New York
                January 21, 2025

                                                         _____
                                                           VALERIE FIGUEREDO
                                                           United States Magistrate Judge