UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RRPIX, INC.,

                                 Plaintiff,                            **23-CV-05491 (AT) (VF)**

               -against-                                    **ORDER**

VICTORIA A. INT'L LLC and DOES 1-10,

                                 Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      At ECF No. 33, Plaintiff submitted a letter requesting leave to amend the complaint. Plaintiff is well beyond the date when it was entitled to amend as of right under Federal Rule of Civil Procedure 15. Under the case management plan, Plaintiff could seek leave to amend under Rule 15 by January 31, but is required to file a motion seeking leave if Plaintiff does not have Defendant's consent to amend. Given that Defendant opposes amendment of the complaint (see ECF No. 34), Plaintiff must file a motion with an accompanying memorandum, addressing the requirements for granting leave under Rule 15. Because motions for leave to amend are non-dispositive, the motion is within the scope of Judge Torres' referral.

      Plaintiff is directed to file a motion and memorandum by **March 3, 2025**. Defendant is directed to file an opposition by **March 17, 2025**. Plaintiff is directed to file a reply, if any, by **March 24, 2025**.

      **SO ORDERED.**

DATED:    New York, New York
                February 5, 2025

                                                          _____
                                                          VALERIE FIGUEREDO
                                                          United States Magistrate Judge