**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
RRPIX, INC.,

                              Plaintiff,                    **23-CV-05491 (AT) (VF)**

                    -against-                             **ORDER**

VICTORIA A. INT'L LLC and DOES 1-10,

                            Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to file a joint status update regarding the progress of discovery by **Wednesday, April 30, 2025**. In the status update, the parties should identify what specific discovery has been completed, and what discovery remains in progress. Discovery is not stayed pending resolution of the motion to amend the complaint.

      **SO ORDERED.**

DATED:    New York, New York
               March 10, 2025

                                                                      _____
                                                                     VALERIE FIGUEREDO
                                                                     United States Magistrate Judge