USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/21/2025_

**GS2LAW**

March 20, 2025

**VIA ECF**

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

      Re:    ***Rrpix, Inc. v. Victoria A. Int'l LLC et al***,
              **Case No. 1:23-cv-05491-AT-VF**

Dear Judge Torres:

Pursuant to Rule 21.7 of the S.D.N.Y Electronic Case Filing Rules and Instructions, Plaintiff Victoria A. Int'l LLC ("Plaintiff") respectfully requests that the Court formally seal the Notice of Service of Subpoena Commanding the Production of Documents, Electronically Stored Information, or Tangible Things ("Notice of Subpoena") in this matter (ECF No. 43). We have already requested that it be sealed temporarily and have notified the ECF Help Desk in accordance with the applicable rules. Thus, Plaintiff respectfully requests that the filing under ECF No. 43 remain sealed, and that a redacted version of the Notice of Subpoena is filed in its stead.

This request is made to prevent the disclosure of sensitive financial information. The specific portion sought to be sealed includes the account number listed in the subpoena, as its public disclosure could lead to potential financial security risks. This request is narrowly tailored to redact only this sensitive information while leaving the remainder of the document publicly accessible.

We respectfully request that the Court enter an order formally sealing the mistaken filing. We appreciate the Court's consideration of this request.

GRANTED.  The Clerk of Court is respectfully directed to permanently seal ECF No. 43.

SO ORDERED.

Dated: March 21, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge