UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RRPIX, INC.,

                       Plaintiff,                             **23-CV-05491 (AT) (VF)**

               -against-                                   **ORDER**

VICTORIA A. INT'L LLC and DOES 1-10,

                       Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      On March 25, 2025, Plaintiff RRPIX, Inc. submitted a letter requesting a pre-motion conference on an anticipated motion to quash a subpoena served by Defendant Victoria A. Int'l LLC on non-party Wells Fargo. See ECF No. 47. Plaintiff's letter is deemed a letter motion seeking to quash the subpoena. Defendant's responded to Plaintiff's letter on March 26, 2025. See ECF No. 48. The at-issue subpoena is at ECF No. 43. A conference to address this dispute was held on April 24, 2025. For the reasons stated at the conference and herein, the letter motion to quash is **DENIED**.

      As discussed at the conference, Defendant's subpoena seeks documents relevant to Plaintiff's licensing revenues and its claim for damages. Although Plaintiff objects that the subpoena is overbroad, that concern can be addressed by limiting the request for documents in the subpoena. Defendant has agreed to limit the requested documents to bank statements from Plaintiff's business account for the time period between July 1, 2020, to June 30, 2022 (one year before the first alleged infringement and one year after the first alleged infringement). Because the precise "business account" was not identified during the conference, the parties are directed to meet and confer to determine which of Plaintiff's bank accounts is the account where

licensing revenues were maintained. Once that information is determined, Defendant should serve a subpoena with the narrowed document request on Wells Fargo.

**SO ORDERED.**

DATED:   New York, New York
April 25, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge