**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
RRPIX, INC.,

                         Plaintiff,                        **23-CV-05491 (AT) (VF)**

          -against-                                  **ORDER**

VICTORIA A. INT'L LLC and DOES 1-10,

                       Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Defendants' request to adjourn the upcoming discovery conference at ECF No. 56 is **GRANTED**. The conference to address the issues raised at ECF Nos. 53 and 54 is hereby rescheduled for **Thursday, August 28, 2025 at 10 a.m.** in Courtroom 17-A, 500 Pearl Street, New York, New York.

      **SO ORDERED.**

DATED:     New York, New York
                July 1, 2025

                                                  _____
                                                  VALERIE FIGUEREDO
                                                  United States Magistrate Judge