Attorneys admitted in
California, New York,
Texas, Illinois, and
Colorado

Sender's contact:
djenkins@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

Dated: 7/2/2025

Plaintiff's request to stay discovery and continue discovery deadlines pending the parties' upcoming discovery conference is GRANTED.
The Clerk of Court is respectfully directed to terminate the gavel at ECF No. 58.

July 1, 2025

**DELIVERED VIA ECF**
Honorable Valerie Figueredo
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Case Title: ***RRPIX, Inc. adv. Victoria A. Int'l, LLC; et al.***
Civil Action No.: 23 Civ. 5491 (AT)
Re: Request to Stay Discovery

Your Honor:

    This office represents the Plaintiff, RRPix, Inc., in the above referenced matter. We write to request that the Court stay discovery in this action and continue all discovery deadlines pending the conference ordered by the Court (Dkt. No. 55).

    Good cause exists for this request. The current deadline for fact discovery is August 15, 2025. The conference to be held by the Court is set to address the discovery disputes raised by Plaintiff in its letter of June 18, 2025 (Dkt. No. 53). The Court has currently scheduled the conference for August 13, 2025 at 2pm EST, only two days before the close of discovery, and Defendant has requested, with our consent, that this conference be adjourned to the following week for personal reasons (Dkt. No. 56). Thus, if discovery is not stayed and the deadline continued, the present discovery disputes between the parties will not be addressed until after the close of fact discovery.

    In light of the foregoing, Plaintiff respectfully requests that discovery be stayed, and all discovery deadlines continued pending the parties' upcoming discovery conference ordered by the Court. Defendant consents to this request. This is Plaintiff's first request of this nature.

    We thank Your Honor for your attention to this matter.

Respectfully submitted,

By: */s/ David M.S. Jenkins*
Scott Alan Burroughs
David M.S. Jenkins
DONIGER / BURROUGHS
For the Plaintiff

1