UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RRPIX, INC.,

                       Plaintiff,                           23-CV-05491 (AT) (VF)

             -against-                          **ORDER**

VICTORIA A. INT'L LLC and DOES 1-10,

                      Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A telephone conference is hereby scheduled for **Friday, September 5, 2025 at 11 a.m.** to resolve the pending motion for leave to amend at ECF No. 36. The Court will deliver an oral order during the telephone conference. Counsel for the parties are directed to call Judge Figueredo's conference line at the scheduled time. Please dial (315) 691-0477, access code: 933407295#.

      **SO ORDERED.**

DATED:    New York, New York
               September 4, 2025

                                                                              VALERIE FIGUEREDO
                                                                             United States Magistrate Judge