UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RRPIX, INC.,

                       Plaintiff,                      23-CV-05491 (AT) (VF)

        -against-                      **ORDER SCHEDULING<br>DISCOVERY CONFERENCE**

VICTORIA A. INT'L LLC et al.,

                      Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A conference to address the issues raised at ECF Nos. 75 and 78 is hereby scheduled for **Thursday, November 20, 2025 at 2 p.m.** in Courtroom 17-A, 500 Pearl Street, New York, New York.

    SO ORDERED.

DATED:    New York, New York
                October 7, 2025

                                                                     _____
                                                                     VALERIE FIGUEREDO
                                                                      United States Magistrate Judge