UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RRPIX, INC.,

                              Plaintiff,                    23-CV-05491 (AT) (VF)

           -against-                          **ORDER SCHEDULING**
                                                      **DISCOVERY CONFERENCE**

VICTORIA A. INT'L LLC et al.,

                            Defendants.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

       Pursuant to the parties' request at ECF No. 81, the conference scheduled for November 20, 2025 is hereby rescheduled to **Tuesday, December 2, 2025 at 10 a.m.** in Courtroom 17-A, 500 Pearl Street, New York, New York to address the issues raised at ECF Nos. 75 and 78.

       The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 81.

       **SO ORDERED.**

DATED:     New York, New York
               October 23, 2025

                                                                 _____
                                                                 VALERIE FIGUEREDO
                                                                 United States Magistrate Judge