**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
RRPIX, INC.,

                              Plaintiff,

            -against-

VICTORIA A. INT'L LLC et al.,

                         Defendants.
------------------------------------------------------------------X

**23-CV-05491 (AT) (VF)**

**<u>ORDER</u>**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties' filings at ECF Nos. 84 and 86 will be addressed at the conference scheduled

for **<u>December 2, 2025.</u>** <u>See</u> ECF No. 82.

       **SO ORDERED.**

DATED:    New York, New York
            November 26, 2025

                                    _____
                                    VALERIE FIGUEREDO
                                    United States Magistrate Judge