UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RRPIX, INC., a California corporation,

              Plaintiff,

        -against-

VICTORIA A INT'L, LLC, a New York limited liability company, individually and doing business as "MAKARI DE SUISSE" and "SHOP MAKARI"; HOLA GROUP, a Spanish company individually and doing business as "HELLO! MAGAZINE"; TJ BEAUTY PRODUCTS LTD.; a United Kingdom limited company; ACHOUCHE ELIE; a French company individually and doing business as "OQQEE"; PENSKE MEDIA CORPORATION d/b/a "STYLECASTER"; "BEAUTY FLEX LTD," a United Kingdom limited company; "DAILY MAIL AND GENERAL TRUST," individually and doing business as "THE DAILY MAIL," a United Kingdom company; and DOES 1-10,

              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: <u>1/13/2026</u>

23 Civ. 5491 (AT) (VF)

<u>**ORDER**</u>

ANALISA TORRES, District Judge:

      The Court has reviewed the notice of settlement filed at ECF No. 95.  Although the notice suggests that that settlement resolves the entire action, it only references an agreement between plaintiff and Defendant Victoria A. Int'l, LLC.  Accordingly, by **January 16, 2026,** Plaintiff shall re-file the letter confirming that the settlement in principle resolves the entire action as against all defendants.

      SO ORDERED.

Dated: January 13, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge