**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
RRPIX, INC.,

                       Plaintiff,               **23-CV-05491 (AT) (VF)**

         -against-                   **ORDER**

VICTORIA A. INT'L LLC and DOES 1-10,

                     Defendants.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

In light of the parties' representation at ECF No. 98 that the settlement in principle would result in this matter being dismissed in its entirety as to all parties, the order at ECF No. 97 is vacated.

       **SO ORDERED.**

DATED:    New York, New York
             January 21, 2026

                                VALERIE FIGUEREDO
                                United States Magistrate Judge